# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4359-SJO (JEM) | Date | June 25, 2010 |
|---|---|---|---|
| Title | HELEN PACHECO V. GUILLERMO GARCIA, WARDEN | | |

| Present: The Honorable | John E. McDermott, United States Magistrate Judge |
|---|---|

| S. Anthony | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| None | None |

**Proceedings:** **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO EXHAUST STATE REMEDIES**

On June 14, 2010, Petitioner, a California prisoner proceeding *pro se*, filed a Petition for Writ of Habeas Corpus ("Petition") pursuant to 28 U.S.C. § 2254. The Petition challenges the January 6, 2010, decision of the Board of Parole Hearings to deny Petitioner parole.

## The Exhaustion Requirement

As a matter of comity, a federal court will not grant habeas relief to a petitioner held in state custody unless he has exhausted the available state judicial remedies on every ground presented in the petition. 28 U.S.C. § 2254(b)(1)(A); *Rose v. Lundy*, 455 U.S. 509, 518-22 (1982). "[T]he exhaustion doctrine is designed to give the state courts a full and fair opportunity to resolve federal constitutional claims before these claims are presented to the federal courts." *O'Sullivan v. Boerckel*, 526 U.S. 838, 845 (1999); *see also Baldwin v. Reese*, 541 U.S. 27, 29 (2004) (to give the State the chance to pass upon and resolve violations of his federal rights, a state prisoner must exhaust his available state remedies before seeking federal habeas relief).

Exhaustion requires that the petitioner's contentions be "fairly presented" to the state courts and disposed of on the merits by the highest court of the state. *See James v. Borg*, 24 F.3d 20, 24 (9th Cir.); *Carothers v. Rhay*, 594 F.2d 225, 228 (9th Cir. 1979). A claim has not been "fairly presented" unless the prisoner has described in the state court

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4359-SJO (JEM) | Date | June 25, 2010 |
|---|---|---|---|
| Title | HELEN PACHECO V. GUILLERMO GARCIA, WARDEN | | |

proceedings both the operative facts and the federal legal theory on which the claim is based. *Duncan v. Henry*, 513 U.S. 364, 365-66 (1995); Davis v. Silva, 511 F.3d 1005, 1009 (9th Cir. 2008); *Castillo v. McFadden*, 399 F.3d 993, 999 (9th Cir. 2005). "[F]or purposes of exhausting state remedies, a claim for relief in habeas corpus must include reference to a specific federal constitutional guarantee, as well as a statement of the facts that entitle the petitioner to relief." *Gray v. Netherland*, 518 U.S. 152, 162-63 (1996). Thus, a claim is unexhausted where the petitioner did not fairly present either the factual or the legal basis for the claim to the state's highest court. *See Picard v. Conor*, 404 U.S. 270, 275 (1971).

Petitioner has the burden of demonstrating that he has exhausted available state remedies. *See, e.g., Williams v. Craven*, 460 F.2d 1253, 1254 (9th Cir. 1972); *Werts v. Vaughn*, 228 F.3d 178, 192 (3rd Cir. 2000).

## Order to Show Cause

It appears that Petitioner has not fairly presented her claims to any state court and, therefore, her claims are unexhausted.

Accordingly, Petitioner is **ORDERED TO SHOW CAUSE**, on or before **July 16, 2010**, why this action should not be dismissed for failure to exhaust state remedies. Petitioner may discharge this Order by filing a declaration, signed under penalty of perjury, establishing exhaustion or admitting that she has not exhausted.

**Instead of filing a response to this Order, Petitioner may request a voluntary dismissal of this action pursuant to Federal Rule of Civil Procedure 41(a). A Notice of Dismissal form is attached for Petitioner's convenience. However, Petitioner is advised that any dismissed claims are subject to the one year statute of limitations set forth in 28 U.S.C. § 2244. In addition, should Petitioner attempt to file a second petition with these claims, her petition may be rejected as successive.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-4359-SJO (JEM) | Date | June 25, 2010 |
|---|---|---|---|
| Title | HELEN PACHECO V. GUILLERMO GARCIA, WARDEN | | |

**Petitioner is expressly warned that failure to file a timely declaration or other response to this Order will result in a recommendation that this action be dismissed for failure to prosecute and failure to comply with a Court order.**

cc: Petitioner

|  | : |
|---|---|
| Initials of Preparer | sa |