# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEN PACHECO,<br><br>        Petitioner,<br><br>    v.<br><br>GUILLERMO GARCIA, Warden,<br><br>        Respondent. | Case No. CV 10-4359-SJO (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: August 13, 2010

                                               S. JAMES OTERO<br>
                                    UNITED STATES DISTRICT JUDGE